IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| MICHAEL FRONTIER, | ) | 15-28491 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on April 4, 2019, by First Class U.S. Mail to the persons shown on the attached service list.


GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300                                               BY:/s/ Gina B. Krol
                                                            Ch 7 Bankruptcy Trustee

```
Label Matrix for local noticing      U.S. Bankruptcy Court              ARS National Services, Inc
0752-1                                Eastern Division                   PO Box 469100
Case 15-28491                         219 S Dearborn                     Escondido, CA 92046-9100
Northern District of Illinois         7th Floor
Eastern Division                      Chicago, IL 60604-1702
Thu Apr  4 10:39:27 CDT 2019

ARS National Services, Inc.           Ally Financial                     Ally Financial
PO Box 1259                           200 Renaissance Ctr                PO box 380901
Oaks, PA 19456-1259                   Detroit, MI 48243-1300             Bloomington, MN 55438-0901


Best Buy Credit Services              (p)BANK OF AMERICA                 Cap1/ Best Buy
PO Box 790441                         PO BOX 982238                      50 Northwest Point Road
Saint Louis, MO 63179-0441            EL PASO TX 79998-2238              Elk Grove Village, IL 60007-1032


Citibank                              Comenity Bank/Z Gallerie           Credit Control LLC
Centralized BK                        Attention: Bankruptcy              PO Box 51790
Po Box 790040                         Po Box 182125                      Livonia, MI 48151-5790
Saint Louis, MO 63179-0040            Columbus, OH 43218-2125


Credit Control LLC                    Daniel J. Kordik                   Daniel J. Kordik
PO Box 546                            Kordik Law Firm                    Kordik Law Firm
Hazelwood, MO 63042-0546              276 N. Addison                     276 N. Addison Ave
                                      Elmhurst, IL 60126-2723            Elmhurst, IL 60126-2723


Daniel Kordik,                        Dsnb Bloomingdales                 (p)US BANK
Kordik Law Firm                       Macy's Bankruptcy Dept.            PO BOX 5229
276 N. Addison Ave.                   Po Box 8053                        CINCINNATI OH 45201-5229
Elmhurst, IL 60126-2723               Mason, OH 45040-8053


Nordstom Bank Colorado Service Cent   Nordstrom FSB                      PYOD, LLC its successors and assigns as assi
PO Box 6565                           Attention: Account Services        of Citibank, N.A.
Englewood, CO 80155-6565              Po Box 6566                        Resurgent Capital Services
                                      Englewood, CO 80155-6566           PO Box 19008
                                                                         Greenville, SC 29602-9008


Peter Morse                           (p)PORTFOLIO RECOVERY ASSOCIATES LLC   Profolio Recovery Assoc LLC
Morse Bolduc & Dinos                  PO BOX 41067                       PO Box 12914
25 E. Washington ST., Suite 750       NORFOLK VA 23541-1067              Norfolk, VA 23541-0914
Chicago, IL 60602-1755


Richard Mahoney                       Richard and Tara Mahoney           Richard and Tara Marhoney
Kordik Law Firm                       322 ST. Paul Blvd                  322 St. Paul Blvd
276 N. Addison Ave.                   Carol Stream, IL 60188-1852        Carol Stream, IL 60188-1852
Elmhurst, IL 60126-2723


Tara Mahoney                          (p)VON MAUR INC                    Z Gallerie
Kordik Law Firm                       6565 BRADY STREET                  Customer Service
276 N. Addison Ave.                   DAVENPORT IA 52806-2054            PO Box 182273
Elmhurst, IL 60126-2723                                                  Columbus, OH 43218-2273
```

| | | |
|---|---|---|
| Constantine Dean Matsas<br>C Dean Matsas & Associates, PC<br>5153 N Broadway<br>Chicago, IL 60640-3000 | Douglas W. Worrell<br>The Law Office of Douglas Worrell Ltd.<br>1625 W. Colonial Parkway<br>Inverness, IL 60067-1220 | Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 |
| Michael Frontier<br>393 E. Montrose Ave.<br>Wood Dale, IL 60191-2022 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Richard Mahoney<br>3031 Settlers Parkway<br>Elgin, IL 60124-8936 |
| Tara Mahoney<br>3031 Settlers Parkway<br>Elgin, IL 60124-8936 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Elan Financial Service<br>Po Box 790084<br>Saint Louis, MO 63179 | Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>Successor to<br>U.S. BANK NATIONAL ASSOCIATION<br>POB 41067<br>Norfolk VA 23541 | Von Maur<br>Attn: Credit Dept<br>6565 Brady St.<br>Davenport, IA 52806 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Daniel J. Kordik<br>Kordik Law Firm<br>276 N. Addison Ave.<br>Elmhurst, IL 60126-2723 | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     1<br>Total                  37 |

UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| FRONTIER, MICHAEL | § | Case No. 15-28491 JSB |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 05/03/2019 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/03/2019             By: Gina B. Krol
                                                                Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: § | | |
| § | | |
| FRONTIER, MICHAEL § | Case No. 15-28491 JSB | |
| § | | |
| Debtor § | | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 34,845.57 |
| and approved disbursements of | $ | 14,537.96 |
| leaving a balance on hand of[1] | $ | 20,307.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 4,234.56 | $ 0.00 | $ 4,234.56 |
| Attorney for Trustee Fees: Cohen & Krol | $ 14,154.90 | $ 14,154.90 | $ 0.00 |
| Charges: Clerk of US Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: International Sureties Ltd. | $ 6.76 | $ 6.76 | $ 0.00 |
| Other: Cohen & Krol | $ 376.30 | $ 376.30 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,494.56 |
| Remaining Balance | $ 15,813.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,464.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 96.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 8,288.90 | $ 0.00 | $ 7,960.80 |
| 000004 | Portfolio Recovery Associates, LLC Successor to U.S. BANK NATIONAL ASSOCIATION POB 41067 Norfolk VA 23541 | $ 8,175.88 | $ 0.00 | $ 7,852.25 |
| | Total to be paid to timely general unsecured creditors | | $ | 15,813.05 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.